```
FILED
December 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MARTIN MIJANGOS RIVERA, ) <br> ) <br> Defendant. ) | Case No. CR.S-09-0025-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARTIN MIJANGOS RIVERA, Case No. MAG. 09-0301-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $250,000.00

   \_\_\_   Unsecured Appearance Bond

   _X_   Appearance Bond with Surety

   \_\_\_   (Other) Conditions as stated on the record.

   \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _12/01/09_ at 3:50 pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge