1   DONALD B. MARKS, SBN 43538
    MARKS & BROOKLIER, LLP
2   10100 Santa Monica Blvd., Suite 300
    Los Angeles, CA 90067
3   Telephone: (310) 772-2287
    Facsimile: (310) 772-2286
4
    Attorney for Defendant
5   MARTIN MIJANGOS RIVERA

6

7

8                          UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,          )    CASE NO. CR S-09-25-JAM
                                       )
12              Plaintiff,             )    ORDER TO TRAVEL;
                                       )    RELEASE OF PASSPORT TO U.S. PRE-
13         v.                          )    TRIAL SERVICES
                                       )
14  MARTIN MIJANGOS RIVERA, et al.     )
                                       )
15              Defendant.             )
                                       )
16  _____)

17  _____   ORDER

18          GOOD CAUSE APPEARING THEREFOR,

19

20          IT IS HEREBY ORDERED that the defendant MARTIN MIJANGOS RIVERA be allowed to

21  travel to Michoacan, Mexico as follows:

22          1.      That the passport for Martin Mijangos Rivera is in the custody of the Clerk of the U.S.

23                  District Court for the Eastern District of California.

24          2.      This Court has issued a previous order that Defendant Martin Mijangos Rivera can

25                  travel to Mexico and return to the United States based on an itinerary approved by U.S.

26                  Pretrial Services.

27          3.      Counsel for Martin Mijangos Rivera, Donald B. Marks, has spoken to Steven J.

28                  Sheehan, U.S. Pretrial Services, who has consented to the travel arrangements and the

1    planned schedule on the condition that Martin Mijangos Rivera is to provide U.S.

2    Pretrial Services, on his return to the U.S., with full documentation of the businesses

3    and assets in Mexico that were the basis of the trip as well as a complete itinerary of

4    his schedule and activities while in Mexico..

5    4.    Based on the foregoing, it is ordered that the Clerk of the U.S. District Court for the

6    Eastern District of California release the passport of Martin Mijangos Rivera for the

7    purpose of allowing Martin Mijangos Rivera to travel to Michoacan, Mexico on

8    February 10, 2010 and return on February 26, 2010..

9    5.    Upon the return of Martin Mijangos Rivera to the United States he shall deliver back

10    his passport to U.S. Pretrial Services.

11    All other conditions of the bond release and order previously set shall remain the same.

12

13    DATED:   02/10/2010

14    /s/ John A. Mendez
      _____
15    JOHN A. MENDEZ
      U.S. DISTRICT COURT JUDGE

16

17    *Presented by:*

      DATED: February 9, 2010

18    /s/

19    _____

20    DONALD B. MARKS
      Attorney for Defendant
      MARTIN MIJANGOS RIVERA

21

22

23

24

25

26

27

28