DONALD B. MARKS, SBN 43538
MARKS & BROOKLIER, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 772-2287
Facsimile: (310) 772-2286

Attorney for Defendant
MARTIN MIJANGOS RIVERA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                 Plaintiff,                     )<br>                                                          )<br>      v.                                               )<br>                                                          )<br>MARTIN MIJANGOS RIVERA, et al.  )<br>                                                          )<br>                 Defendant.                 )<br>_____) | CASE NO. CR S-09-25-JAM<br><br>ORDER TO TRAVEL;<br>RELEASE OF PASSPORTS TO U.S. PRE-TRIAL SERVICES<br><br><br><br><br>Hon. John A. Mendez |

### ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that defendant MARTIN MIJANGOS RIVERA be allowed to travel to Michoacan, Mexico as follows:

1.  That the passport for Defendant Martin Mijangos Rivera is in the custody of U.S. Pretrial Services in the Eastern District of California, Sacramento.

2.  Defendant Martin Mijangos Rivera can travel to Michoacan, Mexico on July 26, 2010 and return on August 16, 2010 to the United States based on an itinerary approved by U.S. Pretrial Services. Defendant Martin Mijangos Rivera must provide written verification of the trip to U.S. Pretrial Services upon his return from Mexico.

3.  Steven J. Sheehan, U.S. Pretrial Services, has consented to the travel arrangements and

the planned schedule.

4. Based on the foregoing, it is ordered that U.S. Pretrial Services release the passport of Defendant Martin Mijangos Rivera for the purpose of allowing Defendant Martin Mijangos Rivera to travel to Michoacan, Mexico on July 26, 2010 and return on August 16, 2010.

5. Upon the return of Defendant Martin Mijangos Rivera to the United States he shall deliver back his passport to U.S. Pretrial Services.

All other conditions of the bond release and order previously set shall remain the same.

DATED: July 23, 2010

/s/ John A. Mendez
HON. JOHN A . MENDEZ
U.S. DISTRICT COURT JUDGE

*Presented by:*

DATED: July 23, 2010

/s/
_____
DONALD B. MARKS
Attorney for Defendant
MARTIN MIJANGOS RIVERA

- 2 -