DONALD B. MARKS, SBN 43538
MARKS & BROOKLIER, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 772-2287
Facsimile: (310) 772-2286

Attorney for Defendant
MARTIN MIJANGOS RIVERA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S-09-25-JAM |
| Plaintiff, | ORDER TO TRAVEL; RELEASE OF PASSPORTS TO U.S. PRETRIAL SERVICES |
| v. | |
| MARTIN MIJANGOS RIVERA, et al. | |
| Defendant. | |

ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that defendant MARTIN MIJANGOS RIVERA be allowed to travel to Michoacan, Mexico as follows:

1. That the passport for Defendant Martin Mijangos Rivera is in the custody of U.S. Pretrial Services in the Eastern District of California, Sacramento.

2. Defendant Martin Mijangos Rivera can travel to Michoacan, Mexico on September 24, 2010 and return on October 9, 2010 to the United States based on an itinerary approved by U.S. Pretrial Services. Defendant Martin Mijangos Rivera must provide written verification of the trip to U.S. Pretrial Services upon his return from Mexico.

3. Steven J. Sheehan, U.S. Pretrial Services, has consented to the travel arrangements and

1 the planned schedule.

2     4.    Based on the foregoing, it is ordered that U.S. Pretrial Services release the passport of Defendant Martin Mijangos Rivera for the purpose of allowing Defendant Martin Mijangos Rivera to travel to Michoacan, Mexico on September 24, 2010 and return on October 9, 2010.

    5.    Upon the return of Defendant Martin Mijangos Rivera to the United States he shall deliver back his passport to U.S. Pretrial Services.

All other conditions of the bond release and order previously set shall remain the same.

DATED: September 24, 2010

/s/ John A. Mendez  
HON. JOHN A . MENDEZ  
U.S. DISTRICT COURT JUDGE

*Presented by:*

DATED: September 24, 2010

/s/ *Donald B. Marks*  
_____  
DONALD B. MARKS  
Attorney for Defendant  
MARTIN MIJANGOS RIVERA

- 2 -