DONALD B. MARKS, SBN 43538
Marks and Brooklier, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA. 90067
Tel: (310) 772-2287
Fax: (310) 772-2286
Email: MarksBrooklier@yahoo.com

Attorney for Defendant
MARTIN MIJANGOS RIVERA

FILED
DEC 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: CR S-09-25-JAM |
| Plaintiff, | ) EX-PARTE APPLICATION FOR ORDER TO TRAVEL; |
| vs. | ) DECLARATION OF DONALD B. MARKS; [PROPOSED ORDER ATTACHED HEREWITH] |
| MARTIN MIJANGOS RIVERA, | |
| Defendant. | |
| | ) HON. JOHN A. MENDEZ |

Defendant, Martin Mijangos Rivera, through his attorney of record, Donald B. Marks of Marks & Brooklier, hereby requests that this Court grant the within request and issue an order permitting Mr. Rivera to travel to Michoacan, Mexico and return to the United States.

Mr. Rivera is requesting that he be allowed to travel to Mexico on December 24, 2013 and return on January 7, 2014.

Based on the foregoing, and the declaration of Donald B. Marks attached hereto, Mr. Rivera is requesting that the Court grant the application.

Dated this 18th day of December, 2013

                                  Respectfully Submitted,

                                  Marks & Brooklier, LLP.

                                  /s/ *Donald B. Marks*
                                  DONALD B. MARKS
                                  Attorney for Defendant
                                  MARTIN MIJANGOS RIVERA

# DECLARATION OF DONALD B. MARKS

I, DONALD B. MARKS, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice law in the state of California and attorney of record for defendant MARTIN MIJANGOS RIVERA in the above captioned action. The following facts are within my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted herein.

2. I represented Mr. Rivera during the proceedings before this Court wherein, based on a guilty plea, Mr. Rivera was sentenced to a term of imprisonment of nineteen (19) months.

3. Mr. Rivera is currently on three (3) years supervised release and I have been informed by the U.S. Probation Department and Mr. Rivera that he is in full compliance.

4. Prior to Mr. Rivera's incarceration, this Court allowed Mr. Rivera to travel to Mexico on at least two (2) occasions. Mr. Rivera was last permitted to travel to Mexico from July 26, 2013 to August 26, 2013.

5. Mr. Rivera is requesting that he be permitted to travel to Mexico to take care of his mother's transportation business. Mr. Rivera will depart Los Angeles, California on December 24, 2013 for Mexico, and return from Mexico on January 7, 2014.

6. I have spoken with Ms. Erica Jackson, federal probation officer for Mr. Rivera in the Central District of California and informed her of the travel request to Mexico. Ms. Jackson has informed me that she will not object to this request.

7. I have also spoken with AUSA Michelle Rodriguez in the Eastern District of California regarding the request for travel. Ms. Rodriguez

has informed me that she does not oppose this request for travel and has been informed of the within ex-parte application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 18th day of December, 2013, at Los Angeles, California.

/s/ *Donald B. Marks*
DONALD B. MARKS

DONALD B. MARKS, SBN 43538
Marks and Brooklier, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA. 90067
Tel: (310) 772-2287
Fax: (310) 772-2286
Email: MarksBrooklier@yahoo.com

Attorney for Defendant
MARTIN MIJANGOS RIVERA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: CR S-09-25-JAM |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER ALLOWING |
| | ) TRAVEL |
| vs. | ) |
| | ) |
| MARTIN MIJANGOS RIVERA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) HON. JOHN A. MENDEZ |

**IT IS HEREBY ORDERED** that defendant, Martin Mijangos Rivera, has permission to travel to Michoacan, Mexico on December 24, 2013 to tend to his mother's transportation business and return to the United States on January 7, 2014.

///

///

///

**IT IS SO ORDERED**

Dated: 12-18-2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge