David P. Foos (SBN: 83430)
**LAW OFFICE OF BOWMAN & ASSOCIATES**
*A Professional Corporation*
3841 North Freeway Boulevard, Suite 185
Sacramento, CA 95834
T: (916) 923-2800
F: (916) 923-2828
E: dfoos@bowmanandassoc.com

Attorney for Defendant
MARTIN MIJANGOS RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARTIN MIJANGOS RIVERA <br> Defendant. | CASE NO: CR S-09-25-JAM <br><br> [~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING THEREFORE,**

IT IS HEARBY ORDERED that the defendant, MARTIN MIJANGOS RIVERA, be allowed to travel to Michoacán, Mexico between the dates of April 23, 2014 and May 21, 2014.

FURTHERMORE, IT IS HEARBY ORDERED, that the probation department shall have the discretion in the future to allow out of district travel without further Court order.

**IT IS SO ORDERED.**

Dated: 4-9-2014          By: _____

Hon. John A. Mendez
Judge of the United States District Court for
The Eastern District of California